UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

RONALD L. JONES, JR.,

    Plaintiff,

V.

TODD LAFFERTY,

    Defendant.

Civil Action No. 5: 15-51-KKC

**OPINION AND ORDER**

This matter is before the Court on the motion for summary judgment (DE 71) filed by the only remaining defendant in this matter: Todd Lafferty. The magistrate judge has filed a report and recommendation (DE 76) recommending that the Court grant the motion and dismiss the plaintiff's claims against Lafferty with prejudice.

Plaintiff has filed objections to the recommendation but none has merit. As explained more thoroughly in the magistrate judge's recommendation, Lafferty's motion for summary judgment is supported by facts included his own affidavit. In response, plaintiff has submitted no evidence that would create any dispute as to any material fact. Nor does plaintiff point to any such facts in his objections.

Accordingly, the Court hereby ORDERS as follows:

1) the magistrate judge's report and recommendation (DE 76) is ADOPTED as the Court's opinion;

2) defendant Todd Lafferty's motion for summary judgment (DE 71) is GRANTED; and

3) the claims against Todd Lafferty are DISMISSED with prejudice.

Dated March 27, 2018.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY