UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

RONALD L. JONES, JR.,

    Plaintiff,

v.

WINTERWOOD PROPERTY MGMT.,
GLENEAGLES APARTMENTS,
BETHANY STREBLE,
THE COMMONWEALTH OF KENTUCKY,
TODD LAFFERTY, in his individual and official
capacities, LEXINGTON URBAN COUNTY
GOVERNMENT, and LEXINGTON POLICE
DEPARTMENT

    Defendants.

Civil Action No. 5:15-51-KKC

**JUDGMENT**

    In accordance with the opinions and orders entered on this date and on July 14, 2015 (DE 24) and in accordance with the report and recommendation (DE 76) entered on February 12, 2018, the Court hereby ORDERS and ADJUGES as follows:

1) All claims against all defendants are DISMISSED with prejudice;

2) this matter is STRICKEN from the Court's active docket; and

3) this judgment is FINAL and APPEALABLE.

    Dated March 27, 2018.



KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY